David Edelberg, Esq.
**SCARINCI & HOLLENBECK, LLC**
150 Clove Road, 9th Floor
Little Falls, New Jersey 07424
(201) 896-7701 (Tel)
(201) 896-7084 (Fax)
dedelberg@sh-law.com
*Attorneys to ADP TotalSource, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MENOTTI ENTERPRISE, LLC,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No.: 24-22242-SHL |

**ORDER GRANTING APPLICATION OF ADP TOTALSOURCE, INC.**
**SEEKING RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the application filed by ADP TotalSource, Inc. ("TotalSource") seeking relief from the automatic stay (the "Motion"), and any objections to the Motion, and after due deliberation, and good cause having been shown, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED, that TotalSource is hereby granted relief from the automatic stay for purposes of terminating its Client Services Agreement entered into with Menotti Enterprise, LLC in accordance with the terms of such agreement; and it is further

ORDERED, that the stay imposed by Bankruptcy Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedures is hereby waived.

Dated: _____          _____
       White Plains, New York                    Honorable Sean H. Lane
                                                 United States Bankruptcy Judge