David Edelberg, Esq.
**SCARINCI & HOLLENBECK, LLC**
150 Clove Road, 9th Floor
Little Falls, New Jersey 07424
(201) 896-7701 (Tel)
(201) 896-7084 (Fax)
dedelberg@sh-law.com
*Attorneys to ADP TotalSource, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MENOTTI ENTERPRISE, LLC,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No.: 24-22242-SHL |

**CERTIFICATION OF SERVICE**

I, Meghan Connelly, being of full age, hereby certifies as follows:

1. I am a legal assistant for the firm of Scarinci Hollenbeck, LLC, counsel for ADP TotalSource, Inc. ("TotalSource"), a party-in-interest regarding the above captioned matter.

2. On April 9, 2024, I served a copy of Notice of Motion for an Order Granting TotalSource Relief from the Automatic Stay, a supporting application, a proposed form of Order, and this Certification of Service by regular mail upon the parties on the annexed Service List. Such parties were also served by electronic mail where an electronic mail address is reflected on the service list.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 9, 2024.                              */s/ Meghan Connelly*
                                                              Meghan Connelly

# SERVICE LIST

| | |
|---|---|
| Mark Bruh, Esq.<br>Office of the United States Trustee<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, New York 10004<br>Email: mark.bruh@usdoj.gov | Norma E. Ortiz, Esq.<br>*Attorney for Debtor*<br>Ortiz & Ortiz, LLP<br>287 Park Avenue South, Suite 213<br>New York, New York 10010<br>Email: email@ortizandortiz.com |
| Nat Wasserstein, Esq.<br>*Subchapter V Trustee*<br>Lindenwood Associates, LLC<br>328 North Broadway, 2nd Floor<br>Upper Nyack, New York 10960<br>Email: nat@lindenwoodassociates.com | |