ORTIZ & ORTIZ, L.L.P.
287 Park Avenue South, Suite 337
New York, New York 10010
Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com

Norma E. Ortiz
*Proposed Counsel to the Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re

MENOTTI ENTERPRISE LLC,

            Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No.: 24-22242-shl

Sub Ch. V Chapter 11

**CERTIFICATE OF NO OBJECTION TO THE DEBTOR'S MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING AND APPROVING DEBTOR'S PROPOSED AMENDED INSURANCE PREMIUM FINANCE <u>AGREEMENT WITH FIRST INSURANCE FUNDING</u>**

The undersigned, counsel to Menotti Enterprise LLC (the "Debtor"), respectfully states:

1.    On June 24, 2024, the Debtor filed its Motion for the Entry of an Order Authorizing and Approving the Debtor's Proposed Amended Insurance Premium Finance Agreement with First Insurance Funding (the "Motion"). The Motion was served on June 24, 2024. A copy of the Certificate of Service was filed on Juylt 9, 2024 as Ecf. No. 64.

2.    The Motion stated, among other things, that objections to the relief requested were to be filed and served so that they were received no later than July 5, 2024.

3.    The undersigned counsel hereby certifies that, to date, no objection to the Motion has been received. The undersigned counsel further certifies that she has reviewed the docket in this case and no objection or other response to the Motion has been filed with the Court.

4.       In accordance with Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York, this certificate is being filed more than forty-eight (48) hours after the expiration of the deadline for parties to file and serve any response or objection to the Motion.

Dated:   July 9, 2024
         New York, New York

*/s/Norma Ortiz*
 Norma E. Ortiz
Ortiz & Ortiz, L.L.P.
287 Park Ave. South, Ste. 337
New York, New York 10010
Tel. (718) 522-1117
*Proposed Counsel for the Debtor*
